In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-06-344 CR 


______________________


 

JOHN CHRISTOPHER MURPHY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 93446 






MEMORANDUM OPINION


 Pursuant to a plea bargain, appellant John Christopher Murphy pled guilty to burglary
of a habitation. The trial court found the evidence sufficient to find Murphy guilty, but
deferred further proceedings, placed Murphy on community supervision for six years,
assessed a $1,000 fine, and ordered Murphy to pay restitution in the amount of $310. On
March 8, 2006, the State filed a motion to revoke Murphy's unadjudicated probation. 
Although Murphy offered an explanation for his violation, he pled "true" to violating one of
the conditions of his community supervision. The trial court found that Murphy violated one
of the community supervision conditions, found Murphy guilty of burglary of a habitation,
and assessed punishment at twenty years of confinement. 

 Murphy's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). We reviewed the appellate record, and we agree with counsel's conclusion that
no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment.

 AFFIRMED. 

 

 DAVID GAULTNEY

 Justice


Submitted on February 13, 2007

Opinion Delivered March 7, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.